**THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

* * * * * *

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, JEFF SHEPARD,<br><br>   Plaintiffs,<br><br>   vs.<br><br>BERTHA GONZALEZ, JUAN ERNESTO, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMIRIZ, ERNIE RUSSELL, YOLANDA EROS, and DOES 1-250, inclusive,<br><br>   Defendants. | CASE NO: 1:06-CV-00940 AWI LJO<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT, COUNTY OF FRESNO'S MOTION TO DISMISS and ORDER THEREON**<br><br>**DATE: August 28, 2006**<br>**TIME: 1:30 p.m.**<br>**Courtroom No. 2 AWI** |

On August 15, 2006, the day after Plaintiff's opposition to Defendants's motion to dismiss was due, the parties filed the following stipulation:

**IT IS STIPULATED AND AGREED** by and between the parties to the above-entitled action, through their respective attorneys of record, that the scheduled for August 28, 2006, at 1:30 p.m., in the above-entitled court, be continued to September 25, 2006, at 1:30 p.m., in the courtroom of the Honorable ANTHONY W. ISHII.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties through their respective attorneys of record, that all applicable filing deadlines/cut-offs will be recalculated pursuant to the new hearing date.

Dated: August 15, 2006.

          NUTTALL & COLEMAN

          /S/ MARK W. COLEMAN

          _____
          MARK W. COLEMAN,
          Attorneys for Plaintiff,
          SARAH GARCIA

**IT IS SO STIPULATED:**

Dated: August 15, 2006.

          WEAKLEY, RATLIFF, ARENDT
            & McGUIRE, LLP

          /S/ ROSEMARY MCGUIRE

          _____
          ROSEMARY MCGUIRE,
          Attorneys for Defendants,
          COUNTY OF FRESNO, ET AL.

\* \* \* \* \* \*

**ORDER**

  The Court will accept the stipulation, but requests that in the future, if the parties wish to move hearing dates, then the parties should file stipulations the day of or sometime before the date that oppositions or replies are due.

  **IT IS HEREBY ORDERED** that the hearing on Defendant's Motion to Dismiss, currently set for August 28, 2006, is continued to September 25, 2006, at 1:30 p.m., in Courtroom No. 2, before the Honorable Anthony W. Ishii.

  **IT IS FURTHER ORDERED** that filing deadlines/cut-offs will be continued in accordance with the new hearing date.

IT IS SO ORDERED.

**Dated: August 15, 2006**       /s/ Anthony W. Ishii
0m8i78             UNITED STATES DISTRICT JUDGE