1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem JEFF SHEPARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERTHA GONZALEZ, JUAN ERNESTO, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMERIZ, ERNIE RUSSELL, YOLANDA EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>　　　　　　Defendants | CV F 06-0940 AWI LJO<br><br>**ORDER CONTINUING DATE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND RELATED ORDERS**<br><br>Doc. #6 |

Pursuant to the stipulated agreement of the parties, the date previously set for hearing on Defendants' motion to dismiss of August 28, 2006, is hereby VACATED, and no party shall appear at that time. The hearing on Defendants' motion to dismiss is hereby reset for September 25, 2006, at 1:30 p.m. in courtroom 2. Any opposition to Defendants' motion to dismiss and for a more definite statement shall be filed and served not later than 4:00 p.m. Friday, September 8, 2006. Any reply may be filed and served not later than 4:00 p.m. Friday, September 15, 2006.

IT IS SO ORDERED.

**Dated:    August 24, 2006**                                   **/s/ Anthony W. Ishii**
h2ehf                                                                    UNITED STATES DISTRICT JUDGE