**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Plaintiff,
Sarah Garcia, et al.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**\* \* \* \* \* \***

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, JEFF SHEPARD,<br><br>Plaintiffs,<br><br>vs.<br><br>BERTHA GONZALEZ, JUAN ERNESTO, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMERIZ, ERNIE RUSSELL, YOLANDO EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>Defendants. | CASE NO.: 1:06-CV-00940 AWILJO<br><br><br><br>**STIPULATION TO SEAL EXHIBITS AND ORDER THEREON**<br><br><br><br>Date: September 25, 2006<br>Time: 1:30 p.m.<br>Courtroom: Two |

**IT IS HEREBY STIPULATED** by and between the parties to this action, that Exhibits A, B, C, D, and E to Plaintiff's Response in Opposition to Defendant County of Fresno's Motion to Dismiss be sealed.

Plaintiff's Response in Opposition was filed through the Eastern District of California - Live System, on September 8, 2006.

///
///

1 | Attorneys for Plaintiff inadvertently attached documents to
2 | their Response in Opposition that were not to be disclosed.

```
                                    NUTTALL & COLEMAN

                                    /s/ MARK W. COLEMAN
                                    _____
                                    MARK W. COLEMAN,
                                    Attorneys for Plaintiff
```

**IT IS SO AGREED:**

Dated: September 18, 2006      WEAKLEY, RATLIFF, ARENDT
                                & MCGUIRE

```
                                    /S/ LESLIE M. DILLAHUNTY FOR
                                    ROSEMARY T. MCGUIRE
                                    _____
                                    ROSEMARY T. MCGUIRE,
                                    Attorneys for Defendant
```

**\* \* \* \* \* \***

**ORDER**

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that Exhibits A, B, C, D, and E to Plaintiff's Response in Opposition to Defendant County of Fresno's Motion to Dismiss be sealed.

IT IS SO ORDERED.

**Dated:   September 19, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

2