IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GARCIA,           )<br>                         )<br>        Plaintiff,      )<br>                         )<br>    v.                   )<br>                         )<br>BERTHA GONZALEZ, JUAN    )<br>ERNESTO, FRESNO COUNTY,  )<br>FRESNO COUNTY DEPARTMENT OF )<br>CHILDREN AND FAMILY SERVICES, )<br>LUPE OROZCO, RENEE RAMIREZ, )<br>ERNIE RUSSEL, YOLANDA EROS, )<br>individuals and as employees of the )<br>County of Fresno, and DOES 1-250, )<br>inclusive,               )<br>                         )<br>        Defendants.       )<br>                         )<br>_____) | CIV F 06-940 AWI  LJO<br><br>ORDER |

Currently pending before this Court is County Defendants's Rule 12(b)(6) motion to dismiss. This motion is set for hearing on September 25, 2006, at 1:30 p.m. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 25, 2006, is VACATED, and the parties shall not appear at that time. As of September 25, 2006, the Court will take Defendants's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 20, 2006           /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE