Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
7045 N. Fruit Avenue

Fresno, CA  93711
(559) 431-3142
40737

**FILED**

AUG 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                 DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, JEFF SHEPARD | CASE NUMBER: CIV. F-06-940 AWI WMW |
| Plaintiff(s) v. | **NOTICE OF DISMISSAL BY PLAINTIFF**<br>Rule 41(a)(1) F.R.Civ.P. |
| BERTHA GONZALEZ, JUAN ERNESTO VASQUEZ HERNANDEZ, FRESNO COUNTY, et al. | |
| Defendant(s) | |

**PLEASE TAKE NOTICE:**

[ ]  The above-entitled action is

   or

[X]  Defendant(s) BERTHA GONZALEZ, JUAN ERNESTO VASQUEZ HERNANDEZ, and LUPE OROZCO ONLY.

It is so Ordered.  Dated: 8-14-07

_____
United States District Judge

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 10, 2007.

_____
Plaintiff / Attorney for Plaintiff
Judith M. Rodriguez

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.