IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH GARCIA,

       Plaintiff,                CV F 06 0940 AWI WMW

  vs.                            NOTICE OF ERRATA

COUNTY OF FRESNO, et al.,

       Defendants.

     On June 18, 2007, a scheduling order was entered, setting forth a schedule for litigation in this case.  The order incorrectly identified Plaintiff's guardian ad litem as the Defendant.  The Plaintiff in this action are Sarah Garcia, a minor, and Jeff Shepard, Plaintiff's guardian ad litem. The Defendants are the County of Fresno, Fresno County Department of Children and Family Services, Renee Ramirez, Ernie Russell, Melissa Castro and Yolanda Eros.  IT IS SO ORDERED.

Dated:   September 5, 2007          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE