# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, JEFF SHEPARD,<br><br>Plaintiff<br><br>v.<br><br>BERTHA GONZALEZ, JUAN ERNESTO VASQUEZ HERNANDEZ, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSELL, YOLANDO EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>Defendants. | CASE NO. 06-CV-00940-AWI-GSA<br><br>**ORDER GRANTING SUBSTITUTION OF GUARDIAN AD LITEM**<br><br>(Doc. #33) |

## ORDER

On, November 27, 2007, Plaintiff, SARAH GARCIA, by and through her current Guardian ad Litem, Jeff S. Shepard, filed a petition for substitution of guardian ad litem requesting that Charlene Rodriguez, be appointed as Plaintiff's substitute Guardian ad Litem. GOOD CAUSE APPEARING, the petition for an order appointing Charlene Rodriguez as substitute Guardian ad Litem for SARAH GARCIA is GRANTED.

1  IT IS SO ORDERED.

2  Dated:    November 29, 2007        /s/ Gary S. Austin
                                                                                    UNITED STATES MAGISTRATE JUDGE