1  Rosemary T. McGuire, Esq.   Bar No. 172549

2  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
3  ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California   93710

5  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

6

7  Attorneys for Defendants, County of Fresno, Fresno County Department of Children and Family Services, Renee Ramirez, Ernie Russell, Melissa Castro and Yolanda Eros

8

9

10  **UNITED STATES DISTRICT COURT**

11  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, JEFF SHEPARD, | CASE NO.   1:06-CV-00940-AWI-GSA |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DISCOVERY DATES AND MODIFYING SCHEDULING ORDER |
| vs. | |
| BERTHA GONZALEZ, JUAN ERNESTO, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMERIZ, ERNIE RUSSELL YOLANDA EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive, | Complaint Filed: 12/05/2005 |
| Defendants. | |

The parties, through their respective counsel, have conferred and hereby stipulate to extend discovery, motion and trial dates as follows:

**Non-expert Discovery Cut-Off:** September 26, 2008 to **February 20, 2009.**

**Expert Disclosure:** October 10, 2008 to **March 6, 2009.**

**Supplemental Expert Disclosure:** October 17, 2008 to **March 20, 2009.**

**Expert Discovery Cut-Off:** October 31, 2008 to **April 3, 2009**.

**Dispositive and Non-Dispositive Motion Filing Deadline:** November 14, 2008 to **May 1, 2009.**

---

Stipulation & Order Modifying Scheduling Order

**Pre-Trial Conference:** February 27, 2009 to **July 27, 2009.**

**Trial Date:** April 7, 2009 to **September 15, 2009.**

The parties agree that a settlement conference can be scheduled in March 2009, after the expert witness disclosure.

**IT IS SO STIPULATED:**

DATED: September 22, 2008

                              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                              By:   /s/ Rosemary T. McGuire
                                       Rosemary T. McGuire,
                                       Attorney for Defendants, County of Fresno, Fresno County Department of Children and Family Services, Renee Ramirez, Ernie Russell, Melissa Castro and Yolanda Eros

DATED: September 22, 2008

                              CORNWELL & SAMPLE, LLP

                              By:   /s/ Steven R. Cornwell
                                       Steven R. Cornwell
                                       Attorney for Plaintiff,
                                       Sarah Garcia, a minor, by and through her Guardian ad Litem, Charlene Rodriguez

**ORDER**

IT IS SO ORDERED.

**Dated:   September 23, 2008**            **/s/ Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE