1 | Stephen R. Cornwell, CA Bar #40737  (SPACE BELOW FOR FILING STAMP ONLY)
Judith M. Harless, CA Bar #64784
2 | CORNWELL & SAMPLE, LLP
Attorneys at Law
3 | 7045 N. Fruit Avenue
Fresno, CA 93711-0761
4 | Telephone: (559) 431-3142
Facsimile: (559) 436-1135
5 |
MARK W. COLEMAN #117306
6 | **NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
7 | FRESNO, CA 93721
PHONE (559) 233-2900
8 | FAX (559) 485-3852

9 | Attorneys for Plaintiff SARAH GARCIA, a
minor, by and through her Guardian ad Litem,
10 | CHARLENE RODRIGUEZ

11

12                    UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, CHARLENE RODRIGUEZ,<br><br>Plaintiff<br><br>v.<br><br>BERTHA GONZALEZ, JUAN ERNESTO VASQUEZ HERNANDEZ, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSELL, YOLANDO EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>Defendants. | CASE NO. 06-CV-00940-AWI-GSA<br><br>**STIPULATION RESETTING TRIAL AND PRE-TRIAL DATES; AND ORDER THEREON** |

        IT IS HEREBY STIPULATED by and between counsel for all the parties that

the Trial and Pre-Trial dates be rescheduled. The parties have engaged in extensive

discovery with numerous documents being exchanged, have taken a number of depositions,

and there are additional depositions remaining to be completed, including the deposition of

Bertha Gonzales who is currently incarcerated and counsel have not yet received clearance to enter the prison by the prison staff. There was a delay in obtaining permission for disclosure of records from the juvenile court. Also, counsel have conferred and agreed that neuropsychological testing needs to be performed on the Plaintiff in order to determine the extent of her injuries and her future needs. The parties anticipate scheduling a Mediation once the additional discovery that is pending is completed. Therefore, the parties have stipulated as follows:

Discovery Cut-Off (Non-Expert):
    Old Date:    February 20, 2009
    ***New Date:    November 13, 2009***

Initial Expert Witness Disclosure:
    Old Date:    March 6, 2009
    ***New Date:    November 25, 2009***

Supplemental Expert Witness Disclosure:
    Old Date:    March 20, 2009
    ***New Date:    December 11, 2009***

Discovery Cut-Off (Expert):
    Old Date:    April 3, 2009
    ***New Date:    December 23, 2009***

Non-Dispositive Motion
    Old Filing Deadline:    May 1, 2009
    ***New Filing Deadline:    January 19, 2010***

Dispositive Motion
    Old Filing Deadline:    May 1, 2009
    ***New Filing Deadline:    January 19, 2010***

Settlement Conference Date:
    Old Date: March 3, 2009, at 10:30 a.m., Courtroom 10 (GSA)
    ***New Date: January 5, 2010, at 10:30 a.m., Courtroom 10 (GSA)***

<u>Pre-Trial Conference Date:</u>

Old Date: July 27, 2009, at 8:30 a.m., Courtroom 2 (AWI)

***New Date: April 19, 2010, at 8:30 a.m., Courtroom 2 (AWI)***

<u>Trial Date</u>: (Court Trial: 10 days)

Old Date: September 15, 2009, at 9:00 a.m., Courtroom 2 (JT– 10 days)

***New Date: June 15, 2010, at 9:00 a.m., Courtroom 2 (JT – 10 days)***

This stipulation may be signed in counterpart and a faxed copy may be presented to the Court.

DATED: February 20, 2009.

CORNWELL & SAMPLE, LLP

By:      /s/   Judith Harless
Stephen R. Cornwell
Judith M. Harless
Attorneys for Plaintiff
SARAH GARCIA, a minor,
by and through her Guardian ad Litem,
CHARLENE RODRIGUEZ

DATED: February 19, 2009.

WEAKLEY, ARENDT & McGUIRE, LLP

By:      /s/   Rosemary T. McGuire
Rosemary T. McGuire
Attorneys for Defendants
COUNTY OF FRESNO, FRESNO
COUNTY DEPARTMENT OF CHILDREN
AND FAMILY SERVICES, MELISSA
CASTRO, RENEE RAMIREZ, ERNIE
RUSSELL,
and YOLANDA EROS

**ORDER**

IT IS SO ORDERED.

**Dated:   February 20, 2009**          /s/ **Anthony W. Ishii**
                              CHIEF UNITED STATES DISTRICT JUDGE