Rosemary T. McGuire, Esq.   Bar No. 172549

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Fresno, Fresno County Department of Children and Family Services, Renee Ramirez, Ernie Russell, Melissa Castro and Yolanda Eros

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, JEFF SHEPARD,<br><br>Plaintiff,<br><br>vs.<br><br>BERTHA GONZALEZ, JUAN ERNESTO, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSELL YOLANDA EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>Defendants. | CASE NO.  1:06-CV-00940 AWI GSA<br><br>**STIPULATION AND ORDER RESETTING TRIAL AND PRETRIAL DATES** |

It is hereby stipulated between the parties, through the respective counsel, that the trial and pre-trial dates be rescheduled.  The parties are currently engaging in neuropsychological testing of plaintiff; and additional testing may be required.  Furthermore, it is necessary to conduct updated discovery and assess plaintiff's progress in school.  It is anticipated that a mediation will be scheduled once the testing is completed and plaintiff's current status assessed.

The parties propose the following dates:

**Non-expert Discovery Cut-Off:** May 7, 2010.

**Expert Disclosure:** May 21, 2010.

**Supplemental Expert Disclosure:** June 11, 2010.

**Expert Discovery Cut-off:** July 30, 2010

---

Stipulation and Order Resetting Trial and Pretrial Dates

1   **Dispositive and Non-Dispositive Motion Filing Deadline:** August 27, 2010.

2    **Pre-Trial Conference:** November 15, 2010.

3   **Trial Date:** January11, 2011 (ten days).

**IT IS SO STIPULATED:**

DATED: December 2, 2009

                                             WEAKLEY, ARENDT & McGUIRE, LLP

                                    By:   /s/ Rosemary T. McGuire
                                                Rosemary T. McGuire,
                                                Attorney for Defendants, County of Fresno,
                                                Fresno County Department of Children and
                                                Family Services, Renee Ramirez, Ernie
                                                Russell, Melissa Castro and Yolanda Eros

DATED: December 2, 2009

                                             CORNWELL & SAMPLE, LLP

                                    By:   /s/ Stephen R. Cornwell
                                                Stephen R. Cornwell
                                               Attorney for Plaintiff,
                                               Sarah Garcia, a minor, by and through
                                               her Guardian ad Litem, Charlene Rodriguez

**ORDER**

IT IS SO ORDERED.

**Dated:   December 7, 2009**          /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE