1   Rosemary T. McGuire, Esq.   Bar No. 172549

2   WEAKLEY, ARENDT & McGUIRE, LLP
      1630 East Shaw Avenue, Suite 176
3       Fresno, California   93710
        Telephone: (559) 221-5256
4       Facsimile:   (559) 221-5262

5   Attorneys for Defendants, County of Fresno, Fresno County Department of Children and Family
    Services, Renee Ramirez, Ernie Russell, Melissa Castro and Yolanda Eros

6

7
                        **UNITED STATES DISTRICT COURT**
8
                        **EASTERN DISTRICT OF CALIFORNIA**
9

10  SARAH GARCIA, a minor, by and through    )   CASE NO.   1:06-CV-00940 AWI GSA
    her Guardian ad Litem, JEFF SHEPARD,     )
                                             )
11              Plaintiff,                    )   **STIPULATION AND ORDER EXTENDING**
                                             )   **EXPERT DISCLOSURE AND DISCOVERY**
12              vs.                           )   **DATES**
                                             )
13  BERTHA GONZALEZ, JUAN ERNESTO,           )
    FRESNO COUNTY, FRESNO COUNTY             )
14  DEPARTMENT OF CHILDREN AND               )
    FAMILY SERVICES, MELISSA CASTRO,         )
15  LUPE OROZCO, RENEE RAMIREZ,              )
    ERNIE RUSSELL YOLANDA EROS,              )
16  individuals and as employees of the County )
    of Fresno, and DOES 1-250, inclusive,    )
17                                           )
                Defendants.                   )
18  _____ )

19          It is hereby stipulated between the parties, through the respective counsel, that the trial and

20  pre-trial dates be rescheduled.   The parties are currently waiting for expert reports regarding

21  neuropsychological testing of plaintiff.   Additionally, the parties are in the process of scheduling

22  a mediation..

23          The parties request that dates be extended as follows:

24          **Expert Disclosure:** June 30, 2010.

25          **Supplemental Expert Disclosure:** July 12, 2010.

26          **Expert Discovery Cut-off:** August 13, 2010

27          **Dispositive and Non-Dispositive Motion Filing Deadline:** September 3, 2010.

28  ///

_____
Stipulation and Order Extending Pretrial Dates

1    The pretrial conference date and the trial date will remain the same.

2

**IT IS SO STIPULATED:**

3

4    DATED: May 19, 2010

5                                                          WEAKLEY, ARENDT & McGUIRE, LLP

6

7                                              By:     /s/ Rosemary T. McGuire
                                                       Rosemary T. McGuire,
8                                                      Attorney for Defendants, County of Fresno,
                                                       Fresno County Department of Children and
9                                                      Family Services, Renee Ramirez, Ernie
                                                       Russell, Melissa Castro and Yolanda Eros
10
     DATED: May 19, 2010
11                                                        CORNWELL & SAMPLE, LLP

12

13                                             By:     /s/ Stephen R. Cornwell
                                                       Stephen R. Cornwell
14                                                     Attorney for Plaintiff,
                                                       Sarah Garcia, a minor, by and through
15                                                     her Guardian ad Litem, Charlene Rodriguez

16                                           **ORDER**

17        Upon a review of the stipulation of the parties, the stipulation and the dates set forth

18   above are adopted by the Court.  In addition, the parties are advised that the pretrial conference

19   will now be held on **November 18, 2010 at 8:30** and the trial will remain as scheduled for

20   **January 11, 2010 at 8:30**.  The pretrial conference and the trial will be conducted before the

21   Honorable Anthony Ishii, Chief United States District Court Judge in Courtroom 2.

22

23

24

25        IT IS SO ORDERED.

26        **Dated:    May 21, 2010**                    /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

27

28

_____
Stipulation and Order Extending Pretrial Dates          2