Stephen R. Cornwell, CA Bar #40737
Judith M. Harless, CA Bar #64784
**CORNWELL & SAMPLE, LLP**
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

MARK W. COLEMAN #117306
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Plaintiff SARAH GARCIA, a minor, by and through her Guardian ad Litem, CHARLENE RODRIGUEZ

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, CHARLENE RODRIGUEZ,<br><br>Plaintiff<br><br>v.<br><br>BERTHA GONZALEZ, JUAN ERNESTO VASQUEZ HERNANDEZ, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSELL, YOLANDO EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>Defendants. | CASE NO. 06-CV-00940-AWI-GSA<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DATES** |

IT IS HEREBY STIPULATED by and between the parties, through the respective counsel, that the pretrial dates be rescheduled. The parties are currently waiting for expert reports regarding neuropsychological testing of plaintiff. Additionally, the parties will be mediating the case on August 17, 2010.

1   The parties request that dates be extended as follows:

2   Expert Disclosure:   July 21, 2010

3   Supplemental Expert Disclosure:   August 4, 2010

4   Discovery Cut-Off for Experts and Non-Experts:   September 10, 2010

5   Dispositive and Non-Dispositive Motion Filing Deadline: September 24, 2010

6   The pretrial conference date and the trial date will remain the same.

7   IT IS SO ORDERED.

8   Dated:   July 1, 2010

9   CHIEF UNITED STATES DISTRICT JUDGE