# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **SARAH GARCIA, a minor by and through her guardian ad litem CHARLENE RODRIGUEZ,** | ) ) ) | 1:06-CV-940 AWI GSA |
| **Plaintiff,** | ) ) ) | **ORDER REGARDING NOTICE OF SETTLEMENT** |
| **v.** | ) ) | |
| **BERTHA GONZALEZ, JUAN ERNESTO, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSEL, YOLANDA EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,** | ) ) ) ) ) ) ) ) ) | (Doc. No. 52) |
| **Defendants.** | ) ) ) | |

On October 13, 2010, minor Plaintiff Sarah Garcia filed a notice of settlement, which indicated that the case has been settled between the parties. <u>See</u> Local Rule 160. In light of the settlement, it is appropriate to vacate all current dates and deadlines, including the January 11, 2011, trial date. Additionally, since Plaintiff is a minor, the settlement must be approved by this Court. <u>See</u> Local Rule 202. Plaintiff will be ordered to file the appropriate motion.

Accordingly, IT IS HEREBY ORDERED that:

1. All currently set dates and deadlines, including the January 11, 2011, trial date, are VACATED in light of Plaintiff's notice of settlement;

2. Plaintiff shall file a motion for approval of settlement, as soon as possible but no later than twenty-one (21) days after service of this order, with the Magistrate Judge, who will then issue a Findings and Recommendation.

IT IS SO ORDERED.

Dated:    October 15, 2010    

_____
CHIEF UNITED STATES DISTRICT JUDGE