IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GARCIA, a minor by and through her guardian ad litem CHARLENE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BERTHA GONZALEZ, JUAN ERNESTO, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSEL, YOLANDA EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>Defendants. | 1:06-CV-940 AWI GSA<br><br>ORDER RESETTING DEADLINE TO FILE MOTION FOR APPROVAL OF MINOR'S SETTLEMENT<br><br>(Doc. No. 60) |

On October 13, 2010, minor Plaintiff Sarah Garcia filed a notice of settlement, which indicated that the case has been settled between the parties. See Local Rule 160.  On October 18, 2010, the Court vacated all previously scheduled dates and deadlines, and ordered Plaintiff to file a motion for approval of settlement no later than 21 days from service of the order, i.e. November 8, 2010.

On November 9, 2010, the Court granted Plaintiff's request to move the deadline for filing the motion for approval of settlement to January 4, 2011.  Plaintiff's counsel indicated that

he was trying to resolve the Medi-Cal liens with the State of California.  Counsel declared that the State was slow to respond and is operating pursuant to furloughs.  Counsel declared that he believed that he would be able to settle the liens and could file a motion for approval on or by January 4, 2011.  Counsel also declared that Defendants do not object to setting a deadline of January 4, 2011.

On January 4, 2011, Plaintiff's counsel again requested an extension of time in which to file settlement approval papers.  Plaintiff's counsel declares that he has now received the Medi-Cal lien from the State, and the guardian ad litem is considering how best to invest the money in a structured settlement.  Plaintiff requests a month extension of the deadline to February 4, 2011.

The Court believes sufficient good cause has been stated to extend the previously ordered deadline.  The Court will grant Plaintiff's request to reset the deadline for filing a motion to approve the minor's settlement to February 4, 2011.  The motion shall be filed according to Local Rule 202(b)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension is GRANTED and Plaintiff shall file a motion to approve settlement in accordance with Local Rule 202(b) as soon as possible, but no later than February 4, 2011.[1]

IT IS SO ORDERED.

Dated:   January 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that settlement was reached on October 13, 2010.  On February 4, 2011, nearly four months will have passed since the settlement.  Since Medi-Cal was involved, a lengthier period for filing a motion for approval was necessary.  Now that the Medi-Cal issues appear to have been resolved, the approval papers should be filed within the newly set deadline.  Should Plaintiff request additional time, such a request must be accompanied by a <u>detailed</u> explanation for why more time is necessary.

2