**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, CHARLENE RODRIGUEZ,<br><br>Plaintiff<br><br>v.<br><br>BERTHA GONZALEZ, JUAN ERNESTO VASQUEZ HERNANDEZ, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSELL, YOLANDO EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>Defendants. | CASE NO. 06-CV-00940-AWI-GSA<br><br><br><br>SEALING ORDER |

## **ORDER**

GOOD CAUSE APPEARING, in connection with her Petition for Approval of Settlement, Plaintiff SARAH GARCIA, a minor, by and through her Guardian ad Litem, CHARLENE RODRIGUEZ, is permitted to file the Memorandum of Points and Authorities and the Declarations of Charlene Rodriguez and Stephen R. Cornwell and the attachments thereto under seal.

1  IT IS SO ORDERED.

2  Dated:  **January 27, 2011**                    /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE