IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GARCIA, a minor by and through here guardian ad litem CHARLENE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BERTHA GONZALEZ, et al.,<br><br>Defendants.<br>_____ | 1:06-CV-940 AWI GSA<br><br>ORDER FOR STATUS RE |

On March 7, 2011, the Court adopted a Findings and Recommendation that approved a settlement for minor Plaintiff Sarah Garcia. See Court's Docket Doc. No. 76. As part of the order adopting, the Court ordered that: "Petitioner shall have sixty (60) days to submit proof of funding the annuity to the Court." Id. More than sixty days have passed, yet the Court has heard nothing from Plaintiff's counsel.

Plaintiff's counsel will be ordered to provide a status report to the Court. As part of the status report, counsel shall: (1) inform the Court whether the annuity has been funded, (2) the reason for any failure to fund the annuity along with an estimate of when the annuity will be funded, (3) any reason that may exist for Plaintiff's failure to inform the Court of funding if the annuity has been funded, and (4) if the annuity has been funded, whether there is any reason to keep this case open. This case has been pending since 2006. The Court's docket is significantly

impacted.  Failure to follow orders, or keeping cases open that have in fact reached completion, only serves to exacerbate problems.  The Court expects its orders to be followed, and expects attorneys to inform it of developments that affect its orders.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's counsel shall file a status report as outlined above AS SOON AS POSSIBLE, but in no event later than 1:00 p.m. on May 18, 2011.

IT IS SO ORDERED.

Dated:   May 11, 2011

　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

2