1  Stephen R. Cornwell, CA Bar #40737              (SPACE BELOW FOR FILING STAMP ONLY)
2  **CORNWELL & SAMPLE, LLP**
   Attorneys at Law
3  7045 N. Fruit Avenue
   Fresno, CA  93711-0761
4  Telephone: (559) 431-3142
   Facsimile:  (559) 436-1135
5
   MARK W. COLEMAN #117306
6  **NUTTALL & COLEMAN**
   2445 CAPITOL STREET, SUITE 150
7  FRESNO, CA 93721
   PHONE (559) 233-2900
8  FAX (559) 485-3852

9  Attorneys for Plaintiff SARAH GARCIA, a
   minor, by and through her Guardian ad Litem,
10 CHARLENE RODRIGUEZ

11                        UNITED STATES DISTRICT COURT
12             EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
13

| | |
|---|---|
| SARAH GARCIA, a minor, by and through her Guardian ad Litem, CHARLENE RODRIGUEZ,<br><br>        Plaintiff<br><br>   v.<br><br>BERTHA GONZALEZ, JUAN ERNESTO VASQUEZ HERNANDEZ, FRESNO COUNTY, FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MELISSA CASTRO, LUPE OROZCO, RENEE RAMIREZ, ERNIE RUSSELL, YOLANDO EROS, individuals and as employees of the County of Fresno, and DOES 1-250, inclusive,<br><br>        Defendants. | CASE NO. 06-CV-00940-AWI-GSA<br><br>**ORDER TO SEAL RESPONSE TO ORDER FOR STATUS** |

## **ORDER**

GOOD CAUSE APPEARING, Plaintiff SARAH GARCIA, a minor, by and through her Guardian ad Litem, CHARLENE RODRIGUEZ, is permitted to file the Response to Order for Status and the attachment thereto under seal.

1  IT IS SO ORDERED.

2  Dated: May 13, 2011

3                                   CHIEF UNITED STATES DISTRICT JUDGE