# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GARCIA, a minor by and through here guardian ad litem CHARLENE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BERTHA GONZALEZ, et al.,<br><br>Defendants. | 1:06-CV-940 AWI GSA<br><br>ORDER CLOSING CASE IN LIGHT OF PLAINTIFF'S STATUS REPORT |

On March 7, 2011, the Court adopted a Findings and Recommendation that approved a settlement for minor Plaintiff Sarah Garcia. See Court's Docket Doc. No. 76.

On May 12, 2011, the Court ordered Plaintiff's counsel to file a status report. See id. at Doc. No. 77. The status report was to determine whether the annuity (as provided by the settlement) had been funded and, if so, whether there existed any reason for this case to remain open. See id.

On May 13, 2011, in a sealed filing, Plaintiff's counsel informed the Court *inter alia* that the annuity had been funded, a clerical error was responsible for the failure to timely inform the Court of the funding, and that there is no reason to keep the case open. See id. at Doc. No. 79. In light of the status report, the Court will close this case.

Accordingly, IT IS HEREBY ORDERED that, in light of the Court's approval of settlement and Plaintiff's status report, the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: May 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE